ACCEPTED
04-14-00740-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/15/2015 11:14:54 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00740-CV

**IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/15/2015 11:14:54 AM
KEITH E. HOTTLE
Clerk

**ART REYNA,**

*Appellant,*

**v.**

**IRENE BALDRIDGE AND KATHY HILL,**

*Appellees.*

ON APPEAL FROM THE 285th JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
TRIAL COURT NO. 2014-CI-03985
THE HONORABLE JUDGE CATHLEEN M. STRYKER PRESIDING

### UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Under Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellant

Art Reyna, referred to as Appellant, respectfully moves the Court to extend the time

for filing Appellant's Reply Brief. As good cause, Appellant respectfully shows the

Court the following:

1.      Appellees Irene Baldridge and Kathy Hill filed their Appellees' Brief on March 26, 2015.

2.      Under Texas Rule of Appellate Procedure 38.6(c), Appellant's Reply Brief is currently due on or before April 15, 2015.

3.      Appellant requests that the Court extend the time to file Appellant's Reply Brief seven (7) days. A seven (7) day extension would make the Appellant's Reply Brief due on April 22, 2015.

4.      In support of the requested extension, Appellant would show that Appellees cited numerous lengthy cases in their Appellees' Brief that require analysis to prepare a proper reply, in addition to analysis of recent cases decided or pending under Tex. Civ. Prac. & Rem. Code Chapter 27, which serves as the basis of this appeal.

5.      In addition, counsel for Appellant, Ronald B. Prince and Floyd Steven Contreras, had commitments during the time to reply that required their time and attention and interfered with preparation of Appellant's Reply Brief by the current deadline, including the following:

Preparation for trial and trial in Cause No. 21DC1401864, *Troy Capital, LLC v. Elvira Eardley-Thrash,* in Justice Court, Precinct 2, Bexar County, which took place on April 14, 2015.

6.     This is Appellant's first request for an extension of time to file Appellant's Reply Brief. Appellant seeks this extension not solely for delay, but so that justice may be done.

7.     As reflected in the Certificate of Conference below, counsel for Appellees indicated that they are unopposed to this motion.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant Art Reyna respectfully requests that the Court grant a seven (7) day extension of time to file Appellant's Reply Brief, extending the time to file Appellant's Reply Brief until April 22, 2015.

Appellant further prays for such other relief to which he may be entitled.

Respectfully submitted,

PRINCE CONTRERAS PLLC
417 San Pedro Avenue
San Antonio, Texas 78212
Tel: (210) 227-7821
Fax: (210) 225-4469
info@princecontreras.com
ATTORNEYS FOR ART REYNA

_/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
State Bar No. 16329300
ron@princecontreras.com
FLOYD STEVEN CONTRERAS
State Bar No. 24075339
floyd@princecontreras.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Edward P. Cano and Darby Riley, counsel for Appellees, regarding our Motion to Extend Time to File Appellant's Reply Brief.

Both Mr. Cano and Mr. Riley indicated that they are unopposed to our motion.

_/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
FLOYD STEVEN CONTRERAS

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2015, a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Appellant's Reply Brief was served on the following counsel of record electronically through the electronic filing manager:

Mr. Edward P. Cano
201 W. Poplar St.
San Antonio, Texas 78212
Tel: (210) 223-1099
Fax: (210) 212-5653
edcanoattorney@sbcglobal.net                    *Attorney for Appellees*

Mr. Darby Riley
RILEY & RILEY
320 Lexington Avenue
San Antonio, Texas 78215
Tel: (210) 225-7236
Fax: (210) 227-7907
darbyriley@rileylawfirm.com                    *Attorney for Appellees*

_/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
FLOYD STEVEN CONTRERAS